

# IN THE
# TENTH COURT OF APPEALS

### No. 10-15-00393-CV

**THOMAS RAY SIDES,**

                                                                              **Appellant**

 **v.**

**MARCO CONEY, ET AL,**

                                                                              **Appellee**

**From the 52nd District Court
Coryell County, Texas
Trial Court No. CIO-15-43506**

## MEMORANDUM  OPINION

Appellant's brief was due in this case on April 11, 2016.  On May 18, 2016, the Clerk of the Court sent a letter to Appellant notifying him that no brief had been filed and that the Court may dismiss this appeal for want of prosecution unless, within twenty-one days of the date of the letter, he or any party desiring to continue the appeal filed with this Court a response showing grounds for continuing the appeal.  Appellant has filed no response.  Accordingly, this appeal is dismissed for want of prosecution.

AL SCOGGINS
Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Appeal dismissed
Opinion delivered and filed July 6, 2016
[CV06]

